**In re EL PASO COUNTY COMMISSIONERS COURT, Relator.**

No. 08–05–00151–CV.

Court of Appeals of Texas, El Paso.

May 17, 2005.

Jose R. Rodriguez, County Atty., El Paso, for Relator.

Gonzalo Garcia, El Paso, pro se.

Robin Collins, Ray, McChristian & Jeans, El Paso, for 210th Dist. Court.

Before Panel No. 5 BARAJAS, C.J., McCLURE, and PARKS, JJ. PARKS, J., sitting by assignment.

## OPINION ON MOTION TO ENFORCE STAY

PER CURIAM.

On March 30, 2005, the El Paso County Commissioners Court filed a petition for writ of mandamus asserting that an order (dated March 9, 2005) entered by Respondent, the Honorable Gonzalo Garcia, Judge of the 210th District Court of El Paso County is void. The Commissioners Court also filed a motion for emergency relief seeking a stay of all proceedings in cause number 2005–1688, styled *In re El Paso County Commissioners Court and Courthouse Expansion.* The motion specifically requested that *all orders* entered in the case be stayed until the writ of mandamus is resolved by this Court. We granted that motion on March 31, 2005 pursuant to Tex.R.App.P. 52.10, and we expressly stayed all proceedings in the case.

Despite our order staying the March 9, 2005 order and all proceedings, Respondent issued three new orders in the case below on May 13, 2005:

1. an order requiring the county auditor to pay from the El Paso County Treasury an attorney invoice submitted by Robin Collins in the amount of $6,426.43 for expenses and legal services rendered between January 9, 2005 and March 31, 2005;

2. an order requiring the county auditor to pay an invoice submitted by Robin Collins for reimbursement of a subpoena fee; and

3. an order renewing Respondent's previous orders prohibiting the Commissioners Court from expending or encumbering any funds from sources identified in the March 9, 2005 order.

The orders issued by Respondent are in direct violation of this Court's stay order, and therefore are void. *See In re Andres*

*Martinez,* 77 S.W.3d 462, 464 (Tex.App.-Corpus Christi 2002, orig. proceeding). Accordingly, we grant the motion to enforce the stay order. The three orders identified above are hereby set aside as void.

Further, we expressly order Respondent to not take any further action or enter any orders in cause number 2005–1688 (also referred to in Respondent's orders as cause number 05–210–1688, 210DC–05–CTHSE), except on motion filed with this Court and on notice to the El Paso County Commissioners Court. This order will remain in effect until further order of this Court or until the original proceeding is decided.